### SANDERS *v.* THE STATE.

TURNER, J. Following the decision of this court in *Kiser* v. *State*, 89 *Ga.* 421, the indictment returned in the present case, under the Penal Code, § 520, was fatally defective, in that it failed to charge that the railroad therein alleged to have been unlawfully obstructed by the accused was the road of a chartered company ; and the motion in arrest of judgment, based on that ground, should have been sustained.

*Judgment reversed. All the Justices concur.*

Submitted October 21, — Decided October 29, 1903.

Indictment for obstructing railroad. Before Judge Henry. Floyd superior court. September 17, 1903.

The indictment charged Andy Sanders " with the offense of obstructing, for that the said Andy Sanders . . did wilfully and maliciously obstruct the railroad of the Central of Georgia Railway

Company by placing upon the track of said railroad an iron bolt; for the said Andy Sanders did then and there place upon the rail of said railroad track a certain bolt being an obstruction upon said track; contrary to the laws of said State," etc. There was a verdict of guilty, and the accused was sentenced to the penitentiary for four years. He made a motion in arrest of judgment, on the grounds, that no crime was charged in the indictment; that the indictment was under section 519 and the punishment under section 520 of the Penal Code; and that there was no allegation in the indictment that the railroad was the road of a chartered company. To the overruling of this motion he excepted.

*H. F. Sharp* and *R. L. Chamlee*, for plaintiff in error.
*Moses Wright, solicitor-general,* contra.